1  Samuel R. Miller (SBN 066871)
   Nicole M. Ryan (SBN 175980)
2  Cecilia Y. Chan (SBN 240971)
   srmiller@sidley.com
3  nicole.ryan@sidley.com
   cecilia.chan@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California 94104
   Telephone:    (415) 772-1200
6  Facsimile:    (415) 772-7400

7  Attorneys for Defendant
   STEWART TITLE GUARANTY COMPANY
8

9              UNITED STATES DISTRICT COURT

10     EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 BANK OF SACRAMENTO,                    )  No. 2:09-cv-00771 JAM KJM
   a California Corporation,              )
13                                        )  **ORDER GRANTING  DEFENDANT'S**
                          Plaintiff,      )  **EX PARTE REQUEST TO REMOVE**
14                                        )  **EXHIBIT D TO DEFENDANT'S**
            vs.                           )  **REQUEST FOR JUDICIAL NOTICE**
15                                        )  **IN SUPPORT OF ITS MOTION TO**
                                          )  **DISMISS**
16 STEWART TITLE GUARANTY COMPANY,        )
   a Texas Corporation,                   )  The Honorable John A. Mendez
17                                        )
                                          )
18                        Defendant.      )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21 _____)
   STEWART TITLE GUARANTY COMPANY,        )  No. 2:09-cv-00766 JAM KJM
22 a Texas Corporation,                   )
                                          )  **RELATED CASE**
23                        Plaintiff,      )
                                          )
24          vs.                           )
                                          )
25 BANK OF SACRAMENTO, a California       )
   Corporation,                           )
26                                        )
                                          )
27                        Defendant.      )
                                          )
28 _____)

[PROPOSED] ORDER GRANTING REQUEST TO REMOVE EXH. D TO DEFENDANT'S RJN ISO MOTION
TO DISMISS, CASE NO. 2:09-cv-00771-JAM-KJM

1    Defendant Stewart Title Guaranty Company has submitted an ex parte request to

2  withdraw Exhibit D to its Request for Judicial  Notice, filed April 13, 2009 (Docket No. 17).

3    Good cause appearing, **IT IS HEREBY ORDERED** that Exhibit D to Defendant's

4  Request for Judicial Notice in Support of its Motion to Dismiss First and Third Causes of Action

5  of First Amended Complaint shall be removed from the court files.  The Clerk is ordered to take

6  the necessary steps to remove Exhibit D of Docket No. 17 from the court files, including the

7  ECF electronic files.

8    **IT IS SO ORDERED.**

9

10  Dated:  April 14, 2009

                                              ___/s/ John A. Mendez_____
11                                              The Honorable John A. Mendez
                                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28