| | |
|---|---|
| 1 | Samuel R. Miller (SBN 066871)<br>Nicole M. Ryan (SBN 175980) |
| 2 | srmiller@sidley.com<br>nicole.ryan@sidley.com |
| 3 | SIDLEY AUSTIN LLP<br>555 California Street |
| 4 | San Francisco, California 94104<br>Telephone: (415) 772-1200 |
| 5 | Facsimile: (415) 772-7400 |
| 6 | Attorneys for Defendant<br>STEWART TITLE GUARANTY COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | | |
|---|---|---|
| BANK OF SACRAMENTO,<br>a California Corporation, | ) ) ) | No. 2:09-cv-00771 JAM KJM |
| Plaintiff, | ) ) | **STIPULATION AND ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF CASE NO. 2:09-CV-00766 AND FILING OF SECOND AMENDED COMPLAINT IN CASE NO. 2:09-CV-00771** |
| vs. | ) ) ) | |
| STEWART TITLE GUARANTY COMPANY,<br>a Texas Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) ) | The Honorable John A. Mendez |
| STEWART TITLE GUARANTY COMPANY,<br>a Texas Corporation, | ) ) ) | No. 2:09-cv-00766 JAM KJM |
| Plaintiff, | ) ) | **RELATED CASE** |
| vs. | ) ) ) | |
| BANK OF SACRAMENTO, a California<br>Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF CASE NO. 2:09-cv-00766 JAM KJM AND FILING OF SECOND AMENDED COMPLAINT IN CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on June 5, 2009, this Court ordered Case No. 2:09-cv-00766 and Case No. 2:09-cv-00771 stayed until final resolution of *Andrews Dixon, LLC v. Bank of Sacramento, et al.*, Solano County Superior Court Case No. FCS030950 (the "State Court Action");

WHEREAS, there has been a final resolution of the State Court Action;

WHEREAS, in light of the resolution of the State Court Action, Stewart Title Guaranty Company ("Stewart Title Guaranty") desires to dismiss without prejudice its complaint for declaratory relief against Bank of Sacramento (Case No. 2:09-cv-00766), and Bank of Sacramento does not object;

WHEREAS, Stewart Title Guaranty currently has pending a motion to dismiss the first and third causes of action of Bank of Sacramento's First Amended Complaint (Case No. 2:09-cv-00771);

WHEREAS, Bank of Sacramento desires to further amend its complaint, and Stewart Title Guaranty does not object;

WHEREAS, Stewart Title Guaranty agrees to take its motion to dismiss the current complaint off calendar in light of Bank of Sacramento's intent to amend its complaint;

THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

1. Stewart Title Guaranty's action for declaratory relief, Case No. 2:09-cv-0766, shall be dismissed without prejudice.

2. Bank of Sacramento shall file and serve a Second Amended Complaint in Case No. 2:09-cv-0771 by March 15, 2010;

3. Stewart Title Guaranty's Motion to Dismiss the First and Third Causes of Action of the First Amended Complaint (Case No. 2:09-cv-0771) shall be taken off calendar.

\\\
\\\
\\\
\\\
\\\

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO STIPULATED.**

DATED: February 8, 2010                    SIDLEY AUSTIN LLP


                                           /s/ Nicole M. Ryan
                                           SAMUEL R. MILLER
                                           NICOLE M. RYAN

                                           Attorneys for
                                           STEWART TITLE GUARANTY COMPANY


DATED: February 8, 2010                    BOUTIN GIBSON DI GIUSTO HODELL INC.

                                           /s/ Michael E. Chase (as authorized on 02/08/2010)
                                           ROBERT D. SWANSON
                                           MICHAEL E. CHASE

                                           Attorneys for
                                           BANK OF SACRAMENTO


**O R D E R**

**IT IS SO ORDERED.**

DATED:  February 9, 2010                   /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF CASE NO. 2:09-cv-00766 JAM KJM AND FILING OF SECOND AMENDED COMPLAINT IN CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com