1 | Samuel R. Miller (SBN 066871)
  | Nicole M. Ryan (SBN 175980)
2 | Cecilia Y. Chan (SBN 240971)
  | srmiller@sidley.com
3 | nicole.ryan@sidley.com
  | cecilia.chan@sidley.com
4 | SIDLEY AUSTIN LLP
  | 555 California Street
5 | San Francisco, California  94104
  | Telephone:    (415) 772-1200
6 | Facsimile:    (415) 772-7400

7 | Attorneys for Defendant
  | STEWART TITLE GUARANTY COMPANY
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11 |

12 | BANK OF SACRAMENTO,              )   No. 2:09-cv-00771 JAM KJM
   | a California Corporation,        )
13 |                                  )   **STIPULATION AND ORDER**
   |                                  )   **REGARDING PROCEDURES**
14 |                   Plaintiff,     )   **GOVERNING EXPERT DISCOVERY**
   |                                  )
15 |      vs.                         )
   |                                  )   The Honorable John A. Mendez
16 |                                  )
   | STEWART TITLE GUARANTY COMPANY,  )
17 | a Texas Corporation,             )
   |                                  )
18 |                                  )
   |                                  )
19 |                   Defendant.     )
   |                                  )
20 |                                  )
   |                                  )
21 |

22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT
DISCOVERY, CASE NO. 2:09-cv-00771 JAM KJM

Plaintiff Bank of Sacramento and Defendant Stewart Title Guaranty Company agree as follows regarding the timing and scope of any expert discovery in this case, and hereby agree and submit this stipulation and proposed order:

1. Subject to the provisions of paragraph 2 herein, within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely the data or other information considered by the witness in forming the expert's opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. "[D]ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Any schedules, charts, tables, or other graphical presentations used to summarize or support the expert's opinion or relied on by the expert shall be produced in native, electronic format using commercially available software. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely-available publicly without under expense (such as on the internet, or in major university libraries).

2. Not withstanding Paragraph 1 above, the following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and experts; (b) counsel and experts' staff; (c) experts and other experts or consultants; and/or (d) experts and their respective staff, and (2) notes, drafts, or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery do not apply to any

///

1

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY, CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  communications or documents upon which the experts rely as a basis for their opinions/reports.

3  **IT IS SO STIPULATED.**

5  DATED:  September 3, 2010                          SIDLEY AUSTIN LLP

7                                                                          /s/ *Cecilia Chan*
                                                                            SAMUEL R. MILLER
8                                                                           NICOLE M. RYAN
                                                                            CECILIA Y. CHAN

10                                                                         Attorneys for Defendant,
                                                                            STEWART TITLE GUARANTY COMPANY

13  DATED:  September 3, 2010                         BOUTIN GIBSON DI GIUSTO HODELL INC.

15                                                                         */s/ Robert Swanson* (as authorized on 9/3/2010)
16                                                                          ROBERT D. SWANSON
                                                                            MICHAEL E. CHASE

18                                                                         Attorneys for Plaintiff,
                                                                            BANK OF SACRAMENTO

20                                                   **ORDER**

21      IT IS SO ORDERED.

23      DATED:  9/3/2010

24                                                                         /s/ John A. Mendez
25                                                                         U.S. DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY, CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com