1  Samuel R. Miller (SBN 066871)
   Nicole M. Ryan (SBN 175980)
2  Cecilia Y. Chan (SBN 240971)
   srmiller@sidley.com
3  nicole.ryan@sidley.com
   cecilia.chan@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  San Francisco, California  94104
   Telephone:     (415) 772-1200
6  Facsimile:     (415) 772-7400

7  Attorneys for Defendant
   STEWART TITLE GUARANTY COMPANY
8

9                    UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 | BANK OF SACRAMENTO,            )  No. 2:09-cv-00771 JAM KJM
   | a California Corporation,      )
13 |                                )  **STIPULATION AND ORDER**
   |                                )  **MODIFYING STATUS (PRE-TRIAL**
14 |              Plaintiff,        )  **SCHEDULING) ORDER**
   |                                )
15 |     vs.                        )
   |                                )
16 |                                )  The Honorable John A. Mendez
   | STEWART TITLE GUARANTY COMPANY,)
17 | a Texas Corporation,           )
   |                                )
18 |                                )
   |                                )
19 |              Defendant.        )
   |                                )
20 |                                )
   |_____)
21

---

STIPULATION AND [PROPOSED] ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER
CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on March 2, 2010, this Court issued a Status (Pre-trial Scheduling) Order (the "Scheduling Order"), which, among other things, sets the schedule for discovery and trial in the above-captioned action;

WHEREAS, in a Minute Order, dated March 5, 2010 (the "Minute Order"), this Court modified the dates in the Scheduling Order as follows:

1. Expert disclosures shall be made on or before December 7, 2010;
2. Rebuttal expert disclosures shall be made on or before December 28, 2010; and
3. The discovery cutoff date will be January 28, 2011.

WHEREAS, on April 20, 2010, Defendant Stewart Title Guaranty Company filed a motion to dismiss ("Motion to Dismiss"), seeking to dismiss the entire action for failure to state a claim;

WHEREAS, the hearing for Defendant's Motion to Dismiss was initially set for June 16, 2010;

WHEREAS, on June 14, 2010, this Court issued an order vacating the hearing and took the matter under submission without oral argument;

WHEREAS, Defendant's Motion to Dismiss is currently pending;

WHEREAS, in light of this, the parties agree that a slight extension of time on the discovery schedule is appropriate;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Bank of Sacramento and Defendant Stewart Title Guaranty Company, through their respective counsel of record, as follows:

1. Expert disclosures shall be made on or before December 28, 2010;
2. Rebuttal expert disclosures shall be made on or before January 20, 2011;
3. The discovery cutoff date will be February 15, 2011; and
4. The remaining dates in the Court's Scheduling Order and the Minute Order shall remain unchanged.

1

STIPULATION AND [PROPOSED] ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER
CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

DATED: September 3, 2010              SIDLEY AUSTIN LLP


                                      */s/  Cecilia Chan*
                                      SAMUEL R. MILLER
                                      NICOLE M. RYAN
                                      CECILIA Y. CHAN

                                      Attorneys for Defendant,
                                      STEWART TITLE GUARANTY COMPANY




DATED: September 3, 2010              BOUTIN GIBSON DI GIUSTO HODELL INC.


                                      */s/ Robert Swanson* (as authorized on 9/3/2010)
                                      ROBERT D. SWANSON
                                      MICHAEL E. CHASE

                                      Attorneys for Plaintiff,
                                      BANK OF SACRAMENTO



**ORDER**

PURSUANT TO STIPULATION SETTING SCHEDULE, IT IS SO ORDERED.


DATED: 9/3/2010

                                      /s/ John A. Mendez
                                      U.S. DISTRICT COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER
CASE NO. 2:09-cv-00771 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com