## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BANK OF SACRAMENTO,**

CASE NO: **2:09–CV–00771–JAM–KJM**

v.

**STEWART TITLE GUARANTY COMPANY,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/27/10**

**Victoria C. Minor**
Clerk of Court

ENTERED: **September 27, 2010**

by: /s/ K. Owen
Deputy Clerk