**BOUTIN GIBSON DI GIUSTO HODELL INC.**
ROBERT D. SWANSON, SBN 162816
MICHAEL E. CHASE, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone (916) 321-4444
Facsimile (916) 441-7597

**LAW OFFICES OF ANDRÉ HASSID**
ANDRÉ HASSID, SBN 66145
670 Augusta Drive
Moraga, California 94556
Telephone (925) 247-0050
Facsimile (925) 871-4067

Attorneys for Bank of Sacramento

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF SACRAMENTO, a California corporation,<br><br>  Plaintiff,<br><br> vs.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation,<br><br>  Defendant. | **Case No.:  2:09-cv-00771 JAM KJM**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Bank of Sacramento, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Motion to Dismiss and Judgment entered in this action on September 27, 2010.

Dated: October 20, 2010          BOUTIN GIBSON DI GIUSTO HODELL INC.


                    By:   /s/ Michael E. Chase
                          Robert D. Swanson
                          Michael E. Chase
                          Attorneys for Plaintiff Bank of Sacramento

-1-
**Notice of Appeal**

333755.1