1  Samuel R. Miller (SBN 066871)
   Nicole M. Ryan (SBN 175980)
2  Ryan M. Sandrock (SBN 251781)
   Jaime A. Bartlett (SBN 251825)
3  srmiller@sidley.com
   nicole.ryan@sidley.com
4  rsandrock@sidley.com
   jbartlett@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street
6  San Francisco, California  94104
   Telephone:     (415) 772-1200
7  Facsimile:     (415) 772-7400

8  Attorneys for Defendant
   STEWART TITLE GUARANTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF SACRAMENTO, a California Corporation, <br><br>                     Plaintiff, <br><br> vs. <br><br> STEWART TITLE GUARANTY COMPANY, a Texas Corporation, <br><br>                     Defendant. | 2:09-cv-0771 JAM-CKD <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT AND SCHEDULING FURTHER PROCEEDINGS** <br><br> The Honorable John A. Mendez |

Stipulation and [Proposed] Order Extending Time to Answer SAC and Scheduling Further Proceedings
CASE NO. 2:09-cv-00771 JAM-CKD

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on December 21, 2011, the United States Court of Appeals for the Ninth Circuit issued a Memorandum Decision vacating the District Court's Order dismissing Plaintiff Bank of Sacramento's Second Amended Complaint ("SAC") and remanding the case for further proceedings in the District Court; and

WHEREAS, the Plaintiff Bank of Sacramento ("the Bank") and Defendant Stewart Title Guaranty Company ("STG") are in the process of scheduling a mediation in an effort to try to resolve this matter; and

WHEREAS, both the Bank and STG believe that it would serve the interest of justice and court efficiency to defer further proceedings in the District Court for a short time, to see if the matter can be resolved;

THEREFORE, it is stipulated and agreed by the Bank and STG, through their respective counsel of record, as follows:

1) STG shall have until March 13, 2012 to answer the SAC;

2) The parties shall report to the Court whether the effort to resolve the matter has been successful on or before March 13, 2012;

3) If the matter is not resolved, the parties will submit a joint Status Report on or before March 20, 2012, which will include proposed dates for a fact discovery cut-off; disclosure of expert reports and completion of expert depositions; the filing of dispositive motions; the date for a final pre-trial conference; an estimated trial time; and a proposed trial date. To the extent not already covered, the joint Status Report will also address the issues described in this Court's "Order Requiring Joint Status Report", filed on March 24, 2009 (Dkt. No. 10).

4) If the Court deems it appropriate after receiving the joint Status Report, it can set a Status Conference.

//
//
//
//

1

Stipulation and [Proposed] Order Extending Time to Answer SAC and Scheduling Further Proceedings
CASE NO. 2:09-cv-00771 JAM-CKD

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS SO STIPULATED.

2

3  DATED: January 12, 2012                SIDLEY AUSTIN LLP

4

5                                          /s/ Samuel R. Miller
                                           SAMUEL R. MILLER
6

7                                          Attorneys for Defendant,
                                           STEWART TITLE GUARANTY COMPANY
8

9  DATED: January 12, 2012                BOUTIN JONES, INC.

10

11                                         /s/ Michael E. Chase
                                           MICHAEL E. CHASE
12

13                                         Attorneys for Plaintiff,
                                           BANK OF SACRAMENTO
14

15

16

17

18                          **SIGNATURE ATTESTATION**

19     Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written

20  permission to sign this joint motion from all parties whose signatures are indicated by a

21  conformed signature (/s/) within this e-filed document.

22  DATED: January 12, 2012                SIDLEY AUSTIN LLP

23

24                                          /s/ Samuel R. Miller
                                           SAMUEL R. MILLER
25

26                                         Attorneys for Defendant,
                                           STEWART TITLE GUARANTY COMPANY
27

28

2

Stipulation and [Proposed] Order Extending Time to Answer SAC and Scheduling Further Proceedings
CASE NO. 2:09-cv-00771 JAM-CKD

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2   IT IS SO ORDERED.

3

4 DATED:  1/12/2012

5

6                                             /s/ John A. Mendez
                                            JOHN A. MENDEZ
7                                           U.S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com